IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY ROSEN, and GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:02CV561 |
| v. | ) ) | |
| TRANSACTION SYSTEMS ARCHITECTS, GREG DUMAN, WILLIAM E. FISCHER, DWIGHT HANSON, DAVID RUSSEL, HARLAN F. SEYMOUR, and EDWARD FUXA, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 174 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 174 from the record. The party is directed to re-file the document.

DATED this 19th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge