IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DESERT ORCHID PARTNERS, L.L.C., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISCHER, GREGORY J. DUMAN, DWIGHT G. HANSON, DAVID C. RUSSELL, and EDWARD FUXA<br><br>        Defendants. | 8:02CV553<br><br>ORDER |
| NANCY ROSEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>TRANSACTION SYSTEMS ARCHITECTS, INC., WILLIAM E. FISCHER, GREGORY J. DUMAN DWIGHT G. HANSON, DAVID C. RUSSELL, and EDWARD FUXA,<br><br>        Defendants. | 8:02CV561<br><br>ORDER |

      This matter is before the court on a letter submitted by interested party James J. Hayes, which the court will construe as a motion for release of funds, Filing No. 426. Hayes seeks the release of $5,000.00 posted as an appeal bond. See Filing No. 412, Order, and text receipts nos. 8-4784 an 8-4785 (August 6, 2007). This court's judgment was affirmed on appeal and the mandate has issued. Filing Nos. 415 & 416. A motion for

rehearing and for a writ of certiorari were denied. Filing Nos. 417 & 421. Net settlement funds have been distributed. See Filing No. 425.

The court finds Hayes's motion for release of funds should be granted. Accordingly,

IT IS HEREBY ORDERED:

1. The Clerk of Court is directed to release the appeal bond in the amount of $2,500.00 to:

>James J. Hayes
>4024 Estabrook Drive
>Annandale, VA 22003

2. The Clerk of Court is directed to release the appeal bond in the amount of $2,500.00 to:

>Carolina Shareholders
>James J. Hayes, Partner
>4024 Estabrook Drive
>Annandale, VA 22003

DATED this 15th day of December, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge